THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AKIEME NESBITT, Appellant.

Submitted February 14, 2012; decided February 16, 2012

Reported below, 89 AD3d 447.

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th

Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.